IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:96CR118 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HUBERT RUFF, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Hubert Ruff appeared before the court on August 16, 2007 on a Petition for Summons for Offender Under Supervision [56]. The defendant was represented by Assistant Federal Public Defender David O'Neill and the United States was represented by Assistant U.S. Attorney Michael Norris. The defendant admits subparagraphs 1,2 and 4 of allegation 1 and allegation 2 of the petition. The government withdraws allegations 3,4,5 of the petition. The defendant's oral to enter treatment is granted. Final disposition in this matter will be continued.

IT IS ORDERED:

1. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 8:30 a.m., on November 16, 2007.** Defendant must be present in person.
2. The defendant shall be released on 8/17/07 to participate in the Miracles Program.
3. The defendant shall participate in and complete the Miracles Program.
4. Defendant is remanded to the custody of the United States Marshal pending release on 8/17/07.

Dated this 17th day of August, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge